UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

KIMBERLY DENISE MILLER,
Plaintiff,

v.

BREVARD COUNTY CLERK OF COURT,
BREVARD COUNTY, FLORIDA,
Defendants.

Case No.: _____
*(to be assigned)*

---

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(42 U.S.C. § 1983)

---

## I. JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because the events giving rise to this action occurred in Brevard County, Florida, within the Middle District of Florida.

---

## II. PARTIES

4. Plaintiff Kimberly Denise Miller is a resident of Florida and brings this action pro se.

5. Defendant Brevard County Clerk of Court is a governmental entity responsible for court records, notices, and ministerial court administration in Brevard County, Florida.

6. Defendant Brevard County, Florida is a political subdivision of the State of Florida and is responsible for the policies, practices, and customs of its Clerk of Court.

---

## III. STATEMENT OF FACTS

7. Plaintiff personally posted bond in a Brevard County criminal matter and assumed financial and legal responsibility as bonder, relying on the accuracy and integrity of official court records.

8. Plaintiff relied on the Brevard County Clerk of Court to maintain accurate identities, addresses, docket entries, and lawful notice affecting the bond.

9. Court records reflected name alterations and variations that resulted in the same individual being treated as multiple legal entities, causing administrative confusion and failures of notice.

10. Proceedings affecting the bond occurred without lawful notice to Plaintiff as bonder.

11. The acts and omissions described were administrative and ministerial in nature, not judicial, and were performed under color of state law.

12. As a direct result, Plaintiff suffered financial loss, exposure of property interests, and deprivation of rights protected by the Constitution.

13. Plaintiff is a person with a documented visual disability and relied on the bonded individual for essential daily assistance, which was foreseeably disrupted by the actions described.

14. Plaintiff has submitted a sworn Affidavit of Fact, filed contemporaneously herewith and incorporated by reference.

---

## IV. CLAIM FOR RELIEF

Count I – Violation of Civil Rights (42 U.S.C. § 1983)

15. Defendants, acting under color of state law, deprived Plaintiff of rights secured by the Fourteenth Amendment, including procedural due process and protection of property interests.

16. Defendants' actions and omissions caused Plaintiff to suffer damages, including financial loss and loss of liberty and property interests, without due process of law.

---

## V. RELIEF REQUESTED

Plaintiff respectfully requests that the Court:

A. Declare that Defendants violated Plaintiff's constitutional rights;
B. Award compensatory damages in an amount to be determined at trial;
C. Award costs and any relief the Court deems just and proper;
D. Grant such other and further relief as justice requires.

---

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

---

Respectfully submitted,

Kimberly Denise Miller
Plaintiff, Pro Se
c/o 250 Vin Rose Circle SE
Palm Bay, Florida 32909
kdm1231312@gmail.com

Date: January 26, 2026